DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAIME PINZON,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,**
Appellee.

No. 4D21-652

[June 8, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE18-009814.

Michal Slavik of The Ticktin Law Group, Deerfield Beach, for appellant.

Adam A. Diaz of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE, and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***